The People of the State of Illinois, Plaintiff-Appellee, *v.* Flonzell Tate, Defendant-Appellant.

(No. 58958; )

First District (1st Division)—April 8, 1974.

Opinion by Mr. JUSTICE HALLETT.

Paul Bradley, Deputy Defender, of Chicago (James R. Streicker, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Alan W. Brothers, Assistant State's Attorneys, of counsel), for the People.